UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA I. SLONE, | CASE NO: 1:15-cv-06155-TPG |
| Plaintiff, | |
| vs. | |
| THE CITY BAKERY, LLC, a New York limited liability company, d/b/a BIRDBATH BAKERY, and 508 COLUMBUS PROPERTIES LLC, a New York limited liability company, | |
| Defendants. | |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, LINDA I. SLONE, and Defendants, corporation, THE CITY BAKERY, LLC, a New York limited liability company, d/b/a BIRDBATH BAKERY, and 508 COLUMBUS PROPERTIES LLC, a New York limited liability company, by and through their respective undersigned counsel, hereby notify this Honorable Court that settlement has been reached in the above styled case among all parties. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter.

Dated: This 16th day of December, 2015.

By: /S/ Robert J. Mirel            .
    Robert J. Mirel, Esq.
    THE WEITZ LAW FIRM, P.A.
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-387**7**
    Email: rjm@weitzfirm.com
    *Attorney for Plaintiff*

By: /S/ Sarah E. Bell            .
    Sarah E. Bell, Esq.
    Pryor Cashman LLP
    7 Times Square
    New York, NY 10036-6569
    Telephone: (212) 326-0401
    Facsimile: (212) 798-6912
    Email: sbell@pryorcashman.com
    *Attorney for Defendants*

**SO ORDERED:**

_____
Hon. Thomas P. Griesa, U.S.D.J.