Griesa, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LINDA I. SLONE, | CASE NO: 1:15-cv-06155-TPG |
| Plaintiff, | |
| vs. | USDC SDNY |
| THE CITY BAKERY, LLC, a New York limited liability company, d/b/a BIRDBATH BAKERY, and 508 COLUMBUS PROPERTIES LLC, a New York limited liability company, | DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 01/04/2016 |
| Defendants. | |

### JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, LINDA I. SLONE, and Defendants, corporation, THE CITY BAKERY, LLC, a New York limited liability company, d/b/a BIRDBATH BAKERY, and 508 COLUMBUS PROPERTIES LLC, a New York limited liability company, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 23rd day of December, 2015.

By: _____  
Robert J. Mirel, Esq..  
THE WEITZ LAW FIRM, P.A.  
18305 Biscayne Blvd., Suite 214  
Aventura, FL 33160  
Telephone: (305) 949-7777  
Facsimile: (305) 704-3877  
E-mail: RJM@weitzfirm.com  
*Attorney for Plaintiff*

By: _____  
____ ____, Esq.  
Pryor Cashman LLP  
7 Times Square  
New York, NY 10036-6569  
Telephone: (212) 326-0401  
Facsimile: (212) 798-6912  
Email: sbell@pryorcashman.com  
*Attorney for Defendants*

SO ORDERED:

_____ Date: 01/04/2016
Hon. Thomas P. Griesa, U.S.D.J.